UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                        Plaintiff,

          -against-

COURT PSYCHIATRIST & CORRECTION
HEALTH SERVICES, ET AL.,

                        Defendants.

26cv902 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 20, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 3, 2026
            New York, New York

                                 /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                           Chief United States District Judge